UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Brotherhood Mutual Insurance Company,   Notice of Cancellation
                                        Of Court Conference

        -against -

                                                  7:16-CV-6369 (CS)

Kurt Ludwigsen A/K/A Kurt Vogner,

                Defendant.

---------------------------------------------------------

     The conference previously scheduled for March 7, 2018 will not be held.

                                        /s/ Alice F. Cama, Courtroom Deputy

Dated: White Plains, New York
       March 5, 2018